# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:93-cr-248-LDG |
| v. | **ORDER** |
| JEFFREY LYNN GEORGE, | |
| Defendant. | |

The defendant, Jeffrey Lynn George, has submitted a letter "with the hope that enough time has passed since my conviction . . . that I am able to either have my record expunged or sealed." This court lacks jurisdiction to expunge the record of a valid arrest and conviction based solely on equitable considerations, such as the passage of time. *See United States v. Sumner*, 226 F.3d 1005 (9th Cir. 2000). As George has identified only an equitable basis to expunge his conviction, and as he has not identified any statutory basis, the court lacks jurisdiction to consider his request. Accordingly,

THE COURT **ORDERS** that Jeffrey Lynn George's Letter Requesting Expunction (#53) is DENIED.

DATED this _____ day of August, 2010.

_____
Lloyd D. George
United States District Judge